```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
YEHUDA MILCHAMOT,                                                      :
                                                                       :
                                    Petitioner,                        :
                                                                       :      25 Civ. 1157 (JPC)
                -v-                                                    :
                                                                       :          ORDER
CHIEF BRONX DISTRICT ATTORNEY,                                         :
                                                                       :
                                    Respondent.                        :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

    The Court's Order referring this case to the Honorable Barbara C. Moses, Dkt. 7, is hereby vacated.

    SO ORDERED.

Dated: March 17, 2025
       New York, New York

                                          JOHN P. CRONAN
                                  United States District Judge