**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
YEHUDA MILCHAMOT,

                            Petitioner,                  25 **CIVIL** 1157 (JPC)

        -against-                                 **JUDGMENT**

CHIEF BRONX DISTRICT ATTORNEY,

                            Respondent.
----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated March 31, 2025, the Court construes Milchamot's petition as seeking habeas corpus relief under 28 U.S.C. § 2241 and denies the petition without prejudice. Because the present petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253. The Court further certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**DATED:**  New York, New York
            March 31, 2025

                                    **TAMMI M. HELLWIG**
                                  _____
                                    **Clerk of Court**
              **BY:**
                                    _____
                                    **Deputy Clerk**