UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————X

YEHUDA MILCHAMOT,
           PETITIONER,

AGAINST.

CHIEF BRONX DISTRICT ATTORNEY,
           RESPONDENT.
——————————————————————X

25-Civil-1157(JPC)

Notice of Motion


RECEIVED APR 22 2025 PRO SE OFFICE

PLEASE TAKE NOTICE THAT ON 16th APRIL 2025 Petitioner YEHUDA MILCHAMOT hereby moves this court to Grant His Motion to File A Second or Successive Writ of Habeaus Corpus, Pursuant to Title

28 U.S.C. § 2244(b)(3) AND § 2255(h). Petitioner moves this court to Grant his Petition challenging a state conviction or sentence pursuant to Title 28 § 2254 in the District court.

DATED: 10 April 2025

Attorney-Counsellor at Law

Yehudah Milchamot

The instant motion is denied. The Court's denial of Mr. Milchamot's Petition without prejudice does not trigger the statutory restrictions on second or successive petitions. *See* Dkt. 9 at 3 n.4. In addition, requests to file a second or successive petition under 28 U.S.C. § 2244 must be directed to "the appropriate court of appeals." 28 U.S.C. § 2244(b)(3)(A). The Clerk of Court is respectfully directed to close Docket Number 11.

SO ORDERED
Date: April 24, 2025
New York, New York

JOHN P. CRONAN
United States District Judge